PROB 12C
8/08

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 9 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant

| | | | |
|---|---|---|---|
| Name of Offender: | **Reginald L. BROWN** | Case No.: | **11CR50168-FJM** |
| Name of Judicial Officer: | The Honorable Frederick J. Martone | | **SEALED** |
| Date of Original Sentence: | **10/26/2001** | | |

Original Offense:  **Count 1:** Conspiracy to Possess with Intent to Distribute and to Distribute 50 grams or more of Cocaine Base, 21 USC § 846, 841(a)(1), 841(b)(1)(A) a Class A felony.

Original Sentence: **158 months Bureau of Prisons, 5 years supervised release**

| | | | |
|---|---|---|---|
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **12/11/2009** |
| | | Date Supervision Expires: | **12/10/2014** |
| Assistant U.S. Attorney: | **Vincent Kirby**<br>**(602) 514-7500** | Defense Attorney: | **(602) 382-2700** |

---

Petitioning the Court to issue a Warrant

The probation officer alleges Reginald L. BROWN has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) <u>Standard Condition No. 1</u>: *You shall not commit another federal, state, or local crime during the term of supervision.* | 1) On September 16, 2011, Brown committed the offenses of Resisting Arrest, Aggravated Assault, Possession of Marijuana, and Misconduct Involving Weapons. Grade A violation §7B1.1(a)(1). |
| B) <u>Standard Condition No. 16</u>: *If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.* | 1) On September 16, 2011, Brown possessed six firearms: two 7.62x39 caliber rifles; three AR 15 .223 caliber rifles; and one Sierra Lar 15 .223 caliber rifle. Grade C violation §7B1.1(a)(3). |

BROWN, Reginald L.
Petition to Revoke
September 26, 2011

| | |
|---|---|
| C) <u>Standard Condition No. 13</u>: *You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.* | 1) Brown was arrested September 16, 2011. He was released from custody on September 17, 2011, and has failed to notify the probation officer of his arrest. Grade C violation §7B1.1(a)(3). |
| D) <u>Special Condition No. 1</u>: *Defendant shall not use or possess any controlled substances or intoxicants to include joint, sole, actual, or constructive possession; and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer. This may include testing to determine if the defendant has made use of drugs or intoxicants. Defendant shall pay/co-pay for services provided during the course of such treatment, to the supervising officer's satisfaction.* | 1) Brown possessed marijuana on September 16, 2011. Grade C violation. §7B1.1(a)93) |

Page 3

BROWN, Reginald L.
Petition to Revoke
September 26, 2011

## U.S. Probation Officer Recommendation and Justification

Brown has violated the trust of the Court. A warrant is recommended as Brown is both a flight risk and a danger. Brown was arrested on new criminal charges after being found to be in possession of drugs and firearms and has failed to report to probation since his release from custody.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____   9/26/11
Kelly Heitkam             Date
U.S. Probation Officer
Office Phone: 602-682-4336
Cell Phone:   602-7706059

_____   9/27/11
Fred Chilese              Date
Supervisory U.S. Probation Officer
Office Phone: 602-682-4374
Cell Phone:   602-725-3615

The Court Orders

☐  No Action
☒  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2011 SEP 29 AM 11:35

_____   9-29-11
The Honorable Frederick J. Martone    Date
U.S. District Judge